Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Law Offices of Todd M Friedman, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated, Plaintiff, vs. TMT HOLDINGS CORP, and DOES 1 through 10, inclusive, Defendant(s). | Case No. 2:21-cv-05747 <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS.** |

NOW COMES THE PLAINTIFF by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to plaintiff and without prejudice as to the class. No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i).

Respectfully submitted this 13th Day of October, 2021.

                                                   By: s/Adrian R. Bacon Esq.
                                                          Adrian R. Bacon
                                                       Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

Filed electronically on October 13, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on October 13, 2021, to:

To the Honorable Court, all parties and their Counsel of Record

           By: s/Adrian R. Bacon Esq.
             Adrian R. Bacon
             Attorney for Plaintiff